UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21814-CIV-MORENO

ABRAHAM WALLACE, et al.,

    Plaintiffs,

vs.

NORWEGIAN CRUISE LINE LIMITED, NCL (BAHAMAS) LTD., ROY MCCLEAN, and OSWALD JOHNSON,

    Defendants.
_____/

## NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE O'SULLIVAN TO EXERCISE JURISDICTION AND APPEAL OPTION

In accordance with the provisions of Title 28, U.S.C. § 636(c), the parties are notified that United States Magistrate John J. O'Sullivan is available to exercise the Court's jurisdiction and to conduct any or all proceedings in this case including a jury or non-jury trial, and the entry of a final judgment. Magistrate Judge John J. O'Sullivan may only exercise jurisdiction, however, if all parties voluntarily consent.

The parties may, without adverse substantive consequences, withhold consent, but this will prevent Magistrate Judge John J. O'Sullivan from exercising the Court's jurisdiction. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to Magistrate Judge O'Sullivan or to Judge Moreno, to whom the case has been assigned.

A party may appeal a judgment that Magistrate Judge O'Sullivan enters directly to the United States Court of Appeals in the same manner as a party would appeal any other judgment of a District

Court. Copies of the form for the "Consent to Jurisdiction by a United States Magistrate Judge" are available from the Clerk of the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of May, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

U.S. Magistrate Judge John J. O'Sullivan

Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 09-21814-CIV-MORENO

ABRAHAM WALLACE, et al.,

    Plaintiffs,

vs.

NORWEGIAN CRUISE LINE LIMITED, NCL (BAHAMAS) LTD., ROY MCCLEAN, and OSWALD JOHNSON,

    Defendants.
_____/

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

    In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

_____ _____

_____ _____

_____ _____

_____ _____

NOTE: Return this form to the Clerk of the Court ONLY if it has been executed by all parties to the case. Do not send a copy of this form to any District Judge or Magistrate Judge.

-4-

## ORDER OF REFERENCE

It is **ORDERED** that the above-captioned matter be referred to United States Magistrate John J. O'Sullivan for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of May, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

U.S. Magistrate Judge John J. O'Sullivan

Counsel of Record