UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-21814-CIV-JORDAN

ABRAHAM WALLACE, et al.

    Plaintiff,
vs.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

## RE-NOTICE OF MEDIATION

YOU ARE HEREBY NOTIFIED that a Mediation Conference shall be held as follows:

| | |
|---|---|
| DATE: | June 12, 2014 |
| TIME: | 10:00 A.M. |
| HRS. RESERVED: | All Day |
| LOCATION: | Holland & Knight, LLP<br>701 Brickell Avenue<br>Suite 3000<br>Miami, Florida 33131 |
| MEDIATOR: | **Cindy Niad Hannah, Esq.**<br>Certified Circuit Civil Mediator |
| FEES: | Payment due within ten (10) days after Mediation (See attached) |
| SUMMARY: | Please send a summary of the case to the Mediator at least five (5) days prior to the scheduled conference. |

*"If you are a person with a disability who needs any accommodations in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator (305) 373-8404 within two (2) working days of the receipt of the Notice of Mediation.*

The client or representative with full authority to settle, other than counsel, should be present at the mediation/arbitration conference. A representative of the insurance company with full authority to settle the dispute shall be present.

All parties acknowledge the mediation/arbitration conference and all communication between the parties, their counsel and mediator prior to or after the conference is a privileged proceeding involving confidential communications as set forth in Chapter 44, Florida Statutes. It is further acknowledged that the mediator/arbitrator is neutral and may not provide legal service, representation or legal advice to participants of the mediation/arbitration conference.

For each case scheduled for mediation/arbitration, $75.00 per party shall be added to the mediator/arbitrator's time as an administrative set-up fee. This fee is to defray costs of scheduling, the confirmation process, conference room space where applicable, and the paperwork/court filings undertaken. The minimum charge for a mediation/arbitration conference is two (2) hours or the time reserved by the parties. In the event of cancellation less than three days before the conference, the minimum will be charged. Mediation/arbitration rates range from $350.00 to $400.00 per hour depending on the complexity of the matter and the number of parties involved.

It is our company policy that with any mediation/arbitration reserved over four consecutive hours, and in all family court pre-suit and in-suit disputes, a non-refundable $500.00 deposit is required from each party. This is to guarantee the day and it is to be sent to us within three (3) business days from the date the Mediation/Arbitration Notice is filed with the Court.

In the event a dispute arises between the parties or over the Mediator/Arbitrator's fee, requiring the mediator/arbitrator to file Court papers or attend a Court Proceeding, mediator/arbitrator shall be entitled to recover from the parties, and their counsel, jointly and severally, his/her fees at the hourly rate of $400.00.

Unless counsel arranges with the undersigned for his/her client to pre-pay their entire portion of the mediation/arbitration fee, counsel acts as the disclosed principal for purposes of the mediator/arbitrator's fees herein and counsel and the parties agree that their appearance at the mediation/arbitration conference shall make them jointly and severally responsible for their respective share of the mediator/arbitrator's fee. Interest at the highest rate allowable by law will be charged to all invoices ten (10) past due and over.

     WE HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by e-mail and/or fax and mailed ____6-11-2014____, to Counsel of Record listed below.

                    ATD Mediation & Arbitration, P.A.
                    10125 Emerson Street
                    Ft. Lauderdale, FL 33076
                    Ph: (305) 926-8801 Fax: (954) 693-0673

                    By: _____
                    Cindy Niad Hannah, Esq.
                    Florida Bar #: 438545
                    MF #: B-5182

Copies to Counsel of Record:
Carlos Llinas-Negret, Esq. / Michael Winkleman, Esq.
Sanford L. Bohrer, Esq. / Alex M. Gonzalez, Esq. / Scott D. Ponce, Esq.